**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LEON T. LAMB,

    Plaintiff,

v.                                                Cv. Case No: 8:15-cv-2964-T-24TGW

UNITED STATES OF AMERICA,

    Defendant.
_____

**ORDER**

This cause comes before the Court on Petitioner Leon T. Lamb's *pro se* motion to reconsider this court's order denying his motion to vacate, set aside, or correct an illegal sentence pursuant to 28 U.S.C. § 2255. (Doc. No. 7). The Court grants the motion for reconsideration in that the Court's analysis in its order denying Lamb's motion (Doc. No. 4) was based on the Armed Career Offender Act and Lamb was not sentenced as an armed career offender. Instead Lamb was sentenced as a career offender under 4B1.1 of the United States Sentencing Guidelines. Therefore the Court grants the motion to reconsider and reconsiders its order entered January 11, 2015. (Doc. No. 4).

It is so Ordered this 3rd day of March, 2016

                                                              SUSAN C. BUCKLEW
                                                              United States District Judge

Copy: *Pro Se* Petitioner